RECEIVED
SEP 01 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ DEPUTY CLERK

*please hold in abeyance pending Jones v. Hendrix NO. 21-857 (2022) Supreme FILED.*

Name: Jairo Hernandez
Prison Number: #19585-111
USP Atwater
P.O Box 019001
Atwater California 95301
Address or Place of Confinement

SEP 01 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court
### EASTERN DISTRICT OF CALIFORNIA

Jairo Joaquin Hernandez
Full Name (First, Middle, Last)

Petitioner,

vs.

B.M Trate, Warden USP Atwater
Name of Warden
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. 1:22CV01115 SAB(HC)
CR-14-120-EMC
(to be supplied by the Clerk of the United States District Court)

PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY

---

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. ✓ a sentence
3. _____ jail or prison conditions
4. _____ prison discipline
5. _____ a parole problem
6. _____ other

CAUTION: If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

(1) Place of detention: USP Atwater P.O. Box 019001 Atwater California 95301

(2) Name and location of court which imposed sentence: U.S District Court, Northern District of California

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed:
Count #1. R.I.C.O Conspiracy, 18 USC 1962(d) #2. Conspiracy to Commit Murder in Aid of Racketeering, 18 USC 1959(a)(5) #3. Conspiracy to commit assault with dangerous weapon in aid of Racketeering 18 USC 1959 (a)(6) Count #6. 924(c) Count #7. 924(J)

(4) The date the sentence was imposed and the terms of the sentence:
_____

(5) What was your plea (check one):    Not guilty ( )    Guilty (✓)    Nolo contendere ( )

(6) Kind of trial (check one):    Jury ( )    Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:    Yes ( )    No (✗)

(8) If you did appeal, answer the following for each appeal:

FIRST APPEAL:
Name of court: N/A
Grounds raised (list each):
   1) _____
   2) _____

Result/Date of result: _____

SECOND APPEAL:
Name of court: N/A
Grounds raised (list each):
   1) _____
   2) _____

Result/Date of result: _____

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground

CAUTION:    If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

---

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

→ GROUND ONE Whether Petitioner is acually innocent of 18 USC 924(c)(1)(A)(iii) and (C)(3)(B)

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts, not conclusions,* in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

Petitioner plead guilty to count 6+7 18 USC 924(C)(1)(A)(iii) and 924(J), and recieved a consecutive 10 years under residual clause of 924(C)(3)(B)

GROUND TWO    N/A

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

N/A

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes ( )    No (X)    If your answer is no, explain why not: N/A

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL    Level of appeal:_____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result: _____

SECOND ADMINISTRATIVE APPEAL    Level of appeal:_____
Grounds raised (list each):
  1) _____
  2) _____
Result/Date of result _____

THIRD ADMINISTRATIVE APPEAL    Level of appeal: N/A
Grounds raised (list each):

    1) _____
    2) _____
  Result/Date of result: _____

  FOURTH ADMINISTRATIVE APPEAL  Level of appeal: _____
  Grounds raised (list each):
    1)     N/A
    2) _____
  Result/Date of result: _____

(11) Is the grievance process completed?  Yes ( )  No ( )

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

  Yes (X)  No ( )

(13) If your answer to Question #12 was yes, give the following information for *each* previous petition:

  FIRST PREVIOUS PETITION
  Name of court: U.S District Court, Northern District of California
  Nature of proceeding: 2255 Motion to Vacate
  Grounds raised (list each):
    1) ① Counsel's failure to provide Discovery and Unintelligent plea ② Counsels failure
    2) to introduce Mitigating evidence in sentencing ③ Counsel failure to inform about interstate failure
  Result/Date of result: Denied on the Merits / June 3rd 2019

  SECOND PREVIOUS PETITION
  Name of court: U.S Court of Appeals 9th Circuit
  Nature of proceeding: Second or successive 2255 Motion
  Grounds raised (list each):
    1) Do to supreme Court ruling U.S v. Davis 139 S.Ct 2319 (2019)
    2) Vactur of 924(c) charge.
  Result/Date of result: Denied / June 2022

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
Because at time of direct appeal + 2255 U.S v. Davis 139 S.Ct 2319 (2019) was not yet decided. Davis did not invalidate the residual clause of 924(c)(3)(B) until 2019, after first 2255 had been denied.

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

(15) Are you presently represented by counsel?

Yes ( )          No (X)

If so, provide your attorney's name, address, and telephone number: N/A

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes (✓)          No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

August - 29th - 2022
(Date)

_____
(Signature of Petitioner)

N/A
(Signature of Attorney, if any)