# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO JOAQUIN HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B.M. TRATE,<br><br>　　　　　Respondent. | Case No. 1:22-cv-01115-NODJ-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(ECF No. 22) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 30, 2023, the Court issued findings and recommendation recommending dismissal of the Second Amended Petition. (ECF No. 20.) On December 1, 2023, the Court received the instant motion for extension of time. (ECF No. 22.) It appears that Petitioner has not received the findings and recommendation in the mail, but rather was informed of the matter by a third party who "explained to [Petitioner] what was placed online through a phone call." (ECF No. 22 at 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted **SIXTY (60) days** from the date of service of this order to file objections to the findings and recommendation; and

///

2. The Clerk of Court is DIRECTED to mail a copy of the findings and recommendation (ECF No. 20) to Petitioner.

IT IS SO ORDERED.

Dated:  **December 5, 2023**

_____
UNITED STATES MAGISTRATE JUDGE